Todd WILEY, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

ED 100116

Missouri Court of Appeals
Eastern District
DIVISION TWO

Filed: November 12, 2014

Jessica Hathaway, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for Movant/Appellant.

Robert J. Bartholomew, Jr., P.O. Box 899, Jefferson City, MO 65102, for Respondent/Respondent

Before Sherri B. Sullivan, P.J., Mary K. Hoff, J., and Philip M. Hess, J.

## ORDER

PER CURIAM.

Todd Wiley appeals from the judgment of the motion court denying his Rule

24.035[1] motion for post-conviction relief after an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the findings and conclusions of the motion court are not clearly erroneous. *Brooks v. State*, 242 S.W.3d 705, 708 (Mo.banc 2008). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).

1. All rule references are to Mo. R.Crim.

P.2006, unless otherwise indicated.